*E-Filed 4/2/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG ALLEN WARD, | No. C 10-0662 RS (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| M.C. EVANS, Warden, | |
| Respondent. | |

Petitioner Craig Allen Ward has filed a petition for writ of habeas corpus to challenge his conviction in the Kern County Superior Court. Kern County is in the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b). Because the parole denial occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: April 1, 2010

RICHARD SEEBORG
United States District Judge

No. C 10-0662 RS (PR)
ORDER OF TRANSFER

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Craig Allen Ward
J70681
Folsom State Prison
P.O. Box 950
5B/BA1/40
Folsom, CA 95673

DATED:  04/2/2010

                                                        s/ Chambers Staff
                                                        Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.