UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ALLEN WARD, | ) 1:10-cv—0633-OWW-SKO-HC |
| | ) |
| Petitioner, | ) INFORMATIONAL ORDER TO PETITIONER |
| | ) |
| | ) ORDER DISCREGARDING PETITIONER'S |
| v. | ) MOTIONS FOR TRANSFER AND |
| | ) PROCUREMENT OF RECORDS FOR THE |
| ACTING WARDEN M. C. EVANS, | ) APPELLATE COURT (DOCS. 30, 31) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |

   Plaintiff is a state prisoner who proceeded pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. A judgment of dismissal was entered on February 20, 2011, and Petitioner has filed an appeal, which is proceeding in the Court of Appeals for the Ninth Circuit.  Accordingly, the action in this Court has been closed.

   On March 9, 2011, Petitioner filed in this Court motions requesting transfer of records from this Court to the appellate court.

   Petitioner is INFORMED that this Court customarily submits any documents to the appellate court upon the request of the appellate court.

1

1  Accordingly, Petitioner's motions are DISREGARDED.

3  IT IS SO ORDERED.

4  **Dated:   March 14, 2011**                       **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE